```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
TRUSTEES OF THE SHEET METAL WORKERS'                                   :
LOCAL UNION NO. 28 FUNDS AND PLANS et al.,                             :
                                                                       :
                        Plaintiffs,                                    :       20 Civ. 10480 (JPC)
                                                                       :
        -v-                                                            :       ORDER
                                                                       :
FAHRENHEIT MECHANICAL LLC,                                             :
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On January 22, 2021, the Court set a briefing schedule for Plaintiffs' motion for default judgment as to Defendant.  Dkt. 11.  On February 12, 2021, Plaintiffs filed their Motion for Default Judgment.  Dkt. 14.  The Affidavit of Glen Camisa, submitted in support of Plaintiffs' Motion for Default Judgment, cites to Article XII Section 1 through 6 of the Building Trades Agreement, which is also attached to the affidavit as Exhibit 2.  *See* Dkt. 16 ¶ 7, Exh. 2.  It appears, however, that the copy of the Building Trades Agreement attached as Exhibit 2 is missing a page which presumably includes Article XII Section 1.  *See id.*, Exh. 2 at 24.

Plaintiffs are directed to refile the Building Trades Agreement with the missing page(s) included by no later than the end of today, March 22, 2021.  Further, at the time of filing, Plaintiffs are directed to serve the corrected exhibit on Defendant via overnight mail.

SO ORDERED.

Dated: March 22, 2021  
       New York, New York

_____  
JOHN P. CRONAN  
United States District Judge